UNITED STATES DISTRICT COURT
FOR BECKLEY WEST VIRGINIA

ANTHONY KEVIN FIELDS
Fed No. 18555-083
FCI BECKLEY

JOE COAKLEY WARDEN
FCI BECKLEY



CIVIL ACTION NO. 5:15-cv-16576

C. BULLOCK UNIT HEAD MANAGER
  FCI BECKLEY
C. CRADDOCK CASE MANAGER
  FCI BECKLEY

JEFF JAMES SIS TECHNICIAN
  FCI BECKLEY

BELLY MEDICAL
  FCI BECKLEY

THOMAS HEAD MEDICAL

## COMPLAINT

I am coming to this court on this pro se petition because on 10/23/2015 I was Too Assaulted by inmates SAMUEL MOSES No. 46002-074 in my cell 401 and he is a white person and I am Black and staff show

2

Raceal motion when they alter Incident and they stop my Medical treatment now when they came to my room and saw me badly hurt I was taking to Medical where they took picture of my face and body then I was send outside Clinic that FCI Beckley got control over where they took x rays of my head and face a MRI now one of the Medical person came and said we are try to transfer him to a big hospital in charleston WV one of the officer got on phone told person on phone I was tell then to much about my medical problem then my breathing start to down low the Medical person was tell office he got mad tell me to breath that when they felt to much was come out where they got the doctor to pull the hold treatment when they just told me I had to be transport to a big hospital about my ears and Throat and injuries

Now I was transport back to FCI Beckley and in a one man cell I was in pain no medical check on me they did not try to help me and I was in a very bad way Medical never give me my everyday Medication that week never stop pass on 10/29/2015 wake up and it came to me that I have not took my High Blood press pills and the other Medical Medication so I hit red butten about my medication officer came told me that not a emergency and I did not get my Medication and tell next day 3 pills no follow up on injuries then staff try to cover everything up by moving me right after I wake up to a two man cell with a never inmate when I still was in pain never saw Medical they refuse to see me when I put for sick call

Then on about 11/16/2015 SIS officer came to see me Jeff James with a incident report change me with fighting where they alter a incident give me a false change to where MR. James

Show me my own lip picture as try to say it was a picture of inmate Moses lip I told investigate James that was a picture of my lip he stated he did not no he state all the picture was in same file and he never try to correct the picture of the lip and the false statement he made about inmate Moses having a cut lip when I never hit inmate Moses

On about 11/20/2015 I see UDC one of unit team Craddock Case Manager came to see me for a UDC hearing he violated my right by not let me tell my side he stated he don't have time he said tell to DHO he stated the only thing I put down was you were not fighting then stated warden want to hurry up and transfer the fast you get over with D/S time ~~[struck through]~~

On about 12/1/2015 I seen DHO try to tell my side and see the picture DHO refuse I mean was not writing anything or taping any thing he just said why should I believe you and I told him that was my lip picture not Moses and the fact all the picture staff took of my face two black eyes, lip big and cut, big jaw and all my head injuries that tell me staff was try to cover it all and I went to outside clinic that make staff suppose write that incident report that day staff got to write a incident report 24 hour of the time staff because aware of the inmate involvement in the incident and inmate Moses told them the first week that it happen but staff need time to see how they was going cover up first they wouldn't wait all tell my injuries went away that why I never follow up for my injuries all that was not in re incident report and he did all the damage he out walk around raceal by DHO

Now here it is 12/21/2015 and I have not got the DHO disposition in writing now I seen the warden 12/16/2015 I ask about the DHO

REPORTED he stated he had the REPORT without give me REASON why I have not SEEN it or was told about what the hold up was about the DHO written Report and my legal material from my property the keep try to alter a illegal SENTENCE to keep me from geting out and proving the wrong they have done

So I am asking the Court to investigated the illegal things FCI BECKLEY is trying to do to clear them self to wrong by illegally bring me here then to do thing to me to try and set me up my Constitution right to FREEDOM at the Right time is being violated by FCI BECKLEY and they will not give a Phone book to Find legal help I am being Tort and held in Special Housing my D/S time been up and administration is tell me I am being transfer they told me a month half ago Now I gota very bad Ear and Throat problem that I FEEL that Medical have not treated no air in cell they tort tort on Medical problem

I need address and Phone number to Attorney please Send me and Filing Form they refuse to give my legal material from p/my property try to kee where can control me get attorney or Filing my legal right

Witness this petition going out Ruben [signature] 27065051
12-23-2015

Anthony Field
Fed No 18555-083
12/23/2015

Anthony Fields
FedID 18555-083
Federal Correction Institution
P.O. Box 350
Beaver, WV 25813

LEGAL MAIL

25801455244

CHARLESTON WV 250
23 DEC 2015 PM 4 L

Clerk's Office
U.S. District Court
110 N Heber St
Beaver, WV 25801