FOR BECKLEY WEST VIRGINIA

1/5/2016

ANTHONY KEVIN FIELDS
Fed No. 18555-063
FCI BECKLEY

CIVIL ACTION NO. 5:15-16576

JOE COAKLEY WARDEN
FCI BECKLEY

C. BULLOCK HEAD UNIT MANAGER OAK A U
FCI BECKLEY

C. CRADDOCK CASE MANAGER OAK A U
FCI BECKLEY

TURNER COUNSELOR OAK A U

COMPLAINT TORT AND HARASSING BY KEEP ME IN SPECIAL HOUSING DELIEVELY TO KEEP ME FROM FINDING PAY ATTORNEY

I AM Filing this petition on pro se because they vindictive and Raceally holding me in special housing to try and set me up to cover up the Facts that I am in prison illegally and the Fact staff set the Fight incident up by moving the inmate in the cell when it was a problem then try to cover it up when it happen and now refusing my due process by refuse to give me my legal material and many stuff from my property and stoping my legal document from getting to court now they been tell me for two months they was going to transfer me but keep trying to keep me in special housing

but the other inmate Moses got out of special housing on time his release paper was done and he did the most all the damage in the incident and it was all cover up by staff he is white and I am Black I can't even get my medical treatment they hope somthing happen to me to keep them from transfering me to keep me from getting that phone to try and call a attorney which I am entitle to

The day of incident then staff took picture of my inj and sent me to outside clinic where they took blood work x rays and MRI they said need to transfer him to out Charleston WV the when officer put a stop never got there and never got a follow up just was put back in cell and I am 56 years old with health problem and can't get the help outside Doctor said ear and Throat was really bad have not seen anyone on that and heart problem not get the medical I am entitle to and that Tort because I am every day Fight For life

I need to court to investigated or give me a attorney to see to my rights in FCI Beckley they are violating my rights and keeping from doing thing on time on my filing and research my case on time

Witness by Ruben Jaramillo 27065051

Anthony Fulcher
FED NO 18555-083
1/5/2016

CHARLESTON WV 250
05 JAN 2016 PM 2 L

Clerk Office
U.S. District Court
Southern District
110 N. Heber Street Room 119
Beckley, WV 25801

Anthony Kevin Fields
Fed. No. 18555-083
FCI Beckley
Federal Correction Institution
P.O. Box 350
Beaver, WV 25813

Legal Mail