IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

ANTHONY KEVIN FIELDS,

        Plaintiff,

v.                            CIVIL ACTION NO.   5:15-cv-16576

JOE COAKLEY, et al.,

        Defendants.

**JUDGMENT ORDER**

In accordance with the accompanying *Memorandum Opinion and Order* dismissing the Plaintiff's Complaint and Amended Complaint, the Court **ORDERS** that this case be **DISMISSED** and **STRICKEN** from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented party.

        ENTER:     September 12, 2016

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA